FILED: October 10, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1558
(1:14-cv-00268-AJT-JFA)

_____

U.S. SMOKE & FIRE CURTAIN, LLC

      Plaintiff - Appellant

v.

BRADLEY LOMAS ELECTROLOK, LTD

      Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

    Appendix due: 11/12/2014

    Opening brief due: 11/12/2014

    Response brief due: 12/12/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk